AO 450 (Rev. 01/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## Northern District of Indiana

MAYUR DEEPAK PATIL;
FURORMEDIA LLC;
      Plaintiff
  v.               **Civil Action No.**    4:23cv16

10PM CURFEW LLC;
      Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($_____), which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

**X** other:  This case is DISMISSED WITHOUT PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by  Magistrate Judge Joshua P. Kolar on Defendant's Amended Motion to Dismiss.

DATE:  10/17/2023         *Chanda J. Berta, Clerk of Court*

                                        by   S/ J. Darrah
                                        *Signature of Clerk or Deputy Clerk*